160

Per Curiam.

(No. 6539

Martin Oil Service, Inc., Claimant, *vs.* State of Illinois, Secretary of State and Department of Transportation, Respondent.

*Opinion filed December 13, 1972.*

Martin Oil Service, Inc., Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 6644

IBM Corporation, Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.

*Opinion filed December 13, 1972.*

IBM Corporation, Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.